UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESDRAS ELMER MAGUINA CORAL (A-245-025-432),

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:25-cv-02051 DJC CSK

ORDER

Petitioner Esdras Elmer Maguina Coral (A-245-025-432), a noncitizen proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days. On March 23, 2026, Respondents filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

1

are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. A permanent injunction is issued directing that respondents are ENJOINED and RESTRAINED from re-detaining petitioner Esdras Elmer Maguina Coral (A-245-025-432) absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice and a timely hearing before a neutral decisionmaker. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight and petitioner shall be allowed to have his counsel present.

4. The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:  __**April 17, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Cora2051.jo.imm

2